AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

USA
V
Levi Plumley

## EXHIBIT AND WITNESS LIST

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Elizabeth K. Dillon | Dustin Franklin, FPD | Jason Scheff |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| 9/7/2023 | FTR/K. Anglim | K. Anglim |

| GOV NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 09/7/2023 | Y | Y | Search History | |
| 2 | | 09/7/2023 | Y | Y | Middle District of Florida Press Release | |
| 3 | | 09/7/2023 | Y | Y | Voicemail recording | |
| 3a | | 09/7/2023 | Y | Y | Transcript of voicemail recording | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                Page 1 of 1