| 41 | churches near me - Google Search | https://www.google.com/search?q=churches+near+me&rlz=1CDGOYI_enUS929US929&oq=churches+near+me&aqs=chrome.0.0i433i457j0i402l2j0l3.2625j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 3/5/2021 12:11:40 PM(UTC-5) | |
| 42 | churches near me - Google Search | https://www.google.com/search?q=churches+near+me&rlz=1CDGOYI_enUS929US929&oq=churches+near+me&aqs=chrome.0.0i433i457j0i402l2j0l3.2625j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8&dlnr=1&sei=TGZCYJD7Aqqv5NoPiKKywAc | 3/5/2021 12:11:43 PM(UTC-5) | |

| 43 | https://www.google.com/search?q=churches+near+me&rlz=1CDGOYI_enUS929US929&oq=churches+near+me&aqs=chrom e.0.0i433i45 7j0i402l2j0l3 .2625j0j4&hl =en-US&sourcei d=chrome-mobile&ie=U TF-8&dlnr=1&se i=TGZCYJD 7Aqqv5NoPi KKywAc#dln r=1&trex=m_ r:1,m_t:gwp, rc_q:churche s%2520near %2520me,rc _ui:2,ru_gwp :0%252C6,r u_q:churche s%2520near %2520me,tr ex_id:VYtOc d | https://www.google.com/search?q=churche s+near+me&rlz=1CDGOYI_enUS929US92 9&oq=churches+near+me&aqs=chrome.0. 0i433i457j0i402l2j0l3.2625j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8&dlnr=1&sei=TGZCYJD7Aqqv5NoPiKKy wAc#dlnr=1&trex=m_r:1,m_t:gwp,rc_q:chu rches%2520near%2520me,rc_ui:2,ru_gwp :0%252C6,ru_q:churches%2520near%252 0me,trex_id:VYtOcd | 3/5/2021 12:11:46 PM(UTC-5) | |
| --- | --- | --- | --- | --- |

| 44 | https://www.google.com/search?q=churches+near+me&rlz=1CDGOYI_enUS929US929&oq=churches+near+me&aqs=chrome.0.0i433i45 7j0i402l2j0l3.2625j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8&dlnr=1&sei=TGZCYJD7Aqqv5NoPiKKywAc#dlnr=1&trex=m_t:lcl_akp,rc_f:rln,rc_ludocids:8700289071680088043,ru_lqi:ChBjaHVyY2hlcyBuZWFyIG1IIgOOOAQFI3 7iEgeaAgIAIWioKCGNodXJjaGVzEAAYABgBGAIiEGNodXJjaGVzIG5IYXIgbWUqBAgDEACSARNwcmVzYYnI0ZXJpYW5fY2h1cmNoogEQEAEAEqDClIY2h1cmNoZXMoAA,trex_id:pxvVNd | https://www.google.com/search?q=churches+near+me&rlz=1CDGOYI_enUS929US929&oq=churches+near+me&aqs=chrome.0.0i433i457j0i402l2j0l3.2625j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8&dlnr=1&sei=TGZCYJD7Aqqv5NoPiKKywAc#dlnr=1&trex=m_t:lcl_akp,rc_f:rln,rc_lu docids:8700289071680088043,ru_lqi:ChBjaHVyY2hlcyBuZWFyIG1IIgOOOAQFI37iEge aAgIAIWioKCGNodXJjaGVzEAAYABgBGBG AliEGNodXJjaGVzIG5IYXIgbWUqBAgDEA CSARNwcmVzYYnI0ZXJpYW5fY2h1cmNoq gEQEACEAEqDClIY2h1cmNoZXMoAA,trex_id: pxvVNd | 3/5/2021 12:32:00 PM(UTC-5) | |
| 45 | churches in roanoke va - Google Search | https://www.google.com/search?q=churche s+in+roanoke+va&rlz=1CDGOYI_enUS92 9US929&oq=churches+in+roanoke&aqs=c hrome.0.0l2j0i457j0l3.3173j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 3/5/2021 12:35:26 PM(UTC-5) | |

| 46 | churches in roanoke va - Google Search | https://www.google.com/search?q=churche s+in+roanoke+va&rlz=1CDGOYI_enUS92 9US929&oq=churches+in+roanoke&aqs=c hrome.0.0l2j0i457j0l3.3173j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#trex=m_r:1,m_t:gwp,rc_q:churches%252 0in%2520roanoke%2520va,rc_ui:2,ru_gwp :0%252C6,ru_luack:3mtCYI3TLpCs5NoPh rivgAc,ru_q:churches%2520in%2520roano ke%2520va,trex_id:TaRZte | 3/5/2021 12:37:20 PM(UTC-5) | |

| 47 | churches in roanoke va - Google Search | https://www.google.com/search?q=churches+in+roanoke+va&rlz=1CDGOYI_enUS929US929&oq=churches+in+roanoke&aqs=chrome.0.0l2j0i457j0l3.3173j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#trex=m_r:1,m_t:gwp,rc_q:churches%2520in%2520roanoke%2520va,rc_ui:2,ru_gwp:0%252C6,ru_luack:3mtCYI3TLpCs5NoPhrivgAc,ru_q:churches%2520in%2520roanoke%2520va,trex_id:TaRZte | 3/5/2021 12:40:42 PM(UTC-5) | |
| 48 | can you bring a gun into a churcc in virginia - G... | https://www.google.com/search?q=can+you+bring+a+gun+into+a+churcc+in+virginia&rlz=1CDGOYI_enUS929US929&oq=can+you+bring+a+gun+into+a+churcc+in+virginia&aqs=chrome..69i57j0i333.7265j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 3/5/2021 12:52:47 PM(UTC-5) | |
| 49 | churches in roanoke va - Google Search | https://www.google.com/search?q=churches+in+roanoke+va&rlz=1CDGOYI_enUS929US929&oq=churches+in+roanoke&aqs=chrome.0.0l2j0i457j0l3.3173j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 3/5/2021 1:05:51 PM(UTC-5) | |

| 50 | carryimg guns in church virginia - Google Search | https://www.google.com/search?q=carryimg+guns+in+church+virginia&rlz=1CDGOYI_enUS929US929&oq=carryimg+guns+in+church+virginia&aqs=chrome..69i57j0i333.5426j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 3/5/2021 1:06:00 PM(UTC-5) | |

| 51 | § 18.2-283. Carrying dangerous weapon to place of… | https://law.lis.virginia.gov/vacode/title18.2/chapter7/section18.2-283/ | 3/5/2021 1:06:02 PM(UTC-5) | |

7

| 129 | Web History | | | churches in lexington va - Google Search | |
|---|---|---|---|---|---|
| Title | | URL | | Last Visited | Vis |
| churches in lexington va - Google Search | | https://www.google.com/search?q=churches+in+lexington+va&rlz=1CDGOYI_enUS929US929&oq=churches+in+lexing&aqs=chrome.0.0i20i263j0l5.3855j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8#trex=m_r:1,m_t:gwp,rc_q:churches%2520in%2520lexington%2520va,rc_ui:2,ru_gwp:0%252C6,ru_q:churches%2520in%2520lexington%2520va,trex_id:SJ7fMd | | 3/5/2021 1:13:31 PM(UTC-5) | |

Web History (1 - 4)

| # | Title | URL | Last Visited | Visits |
|---|-------|-----|--------------|--------|
| 1 | dc metro metal dectecotes - Google Search | https://www.google.com/search?q=dc+metro+metal+dectecotes&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 1/5/2021 10:16:41 AM(UTC-5) | 1 |
| 2 | dc metro metal dectecotes - Google Search | https://www.google.com/search?q=dc+metro+metal+dectecotes&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 1/5/2021 10:16:43 AM(UTC-5) | 1 |
| 3 | Garrett Ace 400i Metal Detector \| Regton Metal Detectors | https://regton.com/garrett-ace-400i-metal-detector.html?gclid=EAlaIQobChMIkNH1jIuF7gIVAf3jBxTR2goWEAQYAyABEgJxIfD_BwE | 1/5/2021 10:16:47 AM(UTC-5) | 1 |
| 4 | Garrett Ace 400i Metal Detector \| Regton Metal Detectors | https://regton.com/garrett-ace-400i-metal-detector.html?gclid=EAlaIQobChMIkNH1jIuF7gIVAf3jBxTR2goWEAQYAyABEgJxIfD_BwE | 1/5/2021 10:16:47 AM(UTC-5) | 1 |

| | | ו−פשׁɔ−wız−ɔɔוp | | |
|---|---|---|---|---|
| 12 | do dc metros have magnometers - Google Search | https://www.google.com/search?client=saf ari&hl=en- us&ei=2YL0X6_sHcGz5gK087bIBw&q=do +dc+metros+have+magnometers&oq=do+ dc+metros+have+magnometers&gs_lcp=C hNtb2JpbGUtZ3dzLXdpei1zZXJwEAMyBw ghEAoQoAE6BAgAEEc6AggpOgkIABDJA xANEB46BAgpEAo6CAgAEOoCEl8BOgQI ABBDOgUIABCRAjoICAAQsQMQgwE6C wgAELEDEMcBEKMCOg4IABCxAxCDAR DHARCjAjoICC4QsQMQgwE6CAguEJEC EJMCOgUIABDJAzoCCAA6BQgAELEDO gUILhCTAjoFCC4QsQM6BAgAEAo6BggA EBYQHjoICCEQFhAdEB46BQghEKABOg kIABDJAxAWEB46BAghEBVQhxhYv2pgw GtoAnABeAKAAAacBiAHZMpIBBDEuNTCY AQCgAQGwAQ_IAQPAAQE&sclient=mobi le-gws-wiz-serp | 1/5/2021 10:17:27 AM(UTC-5) | 2 |
| 13 | do dc metros have magnometers - Google Search | https://www.google.com/search?client=saf ari&hl=en- us&ei=2YL0X6_sHcGz5gK087bIBw&q=do +dc+metros+have+magnometers&oq=do+ dc+metros+have+magnometers&gs_lcp=C hNtb2JpbGUtZ3dzLXdpei1zZXJwEAMyBw ghEAoQoAE6BAgAEEc6AggpOgkIABDJA xANEB46BAgpEAo6CAgAEOoCEl8BOgQI ABBDOgUIABCRAjoICAAQsQMQgwE6C wgAELEDEMcBEKMCOg4IABCxAxCDAR DHARCjAjoICC4QsQMQgwE6CAguEJEC EJMCOgUIABDJAzoCCAA6BQgAELEDO gUILhCTAjoFCC4QsQM6BAgAEAo6BggA EBYQHjoICCEQFhAdEB46BQghEKABOg kIABDJAxAWEB46BAghEBVQhxhYv2pgw GtoAnABeAKAAAacBiAHZMpIBBDEuNTCY AQCgAQGwAQ_IAQPAAQE&sclient=mobi le-gws-wiz-serp | 1/5/2021 10:17:27 AM(UTC-5) | 1 |

| 19 | delete my business from google - Google Search | https://www.google.com/search?rlz=1CDG OYI_enUS929US929&hl=en-US&sxsrf=ALeKk03IqExNZVTxRX3O8Ow XFH3odAvN2Q%3A1613267717292&ei=B YMoYMOoEY-r5NoP6NiO4AQ&q=delete+my+business+f rom+google&oq=delete+my+b&gs_lcp=Ch Ntb2JpbGUtZ3dzLXdpei1zZXJwEAEYADI HCAAQhwlQFDICCAAyAggAMgIIADICCA AyAggAMgIIADICCAA6BAgAEEc6BAgjEC c6BQgAELEDOg0IABCHAhCxAxCDARAU OgcIIxDqAhAnOgsILhDHARCvARCRAjoF CAAQkQI6CAgAELEDEIMBOg4ILhCxAxC DARDHARCjAjoLCC4QsQMQxwEQowI6B AgAEEM6BAguEEM6BwgAELEDEEM6CA guEMcBEKMCOgslABCxAxCDARDJAzoF CAAQkgM6CggAEIcCELEDEBRQzw5Y-ChgmS5oAXABeAKAAbkBiAGTD5IBBDIz LjKYAQCgAQGwAQ_IAQjAAQE&sclient= mobile-gws-wiz-serp | 2/13/2021 8:55:45 PM(UTC-5) | |

11

| 20 | are guns registered when you buy them - Google Se… | https://www.google.com/search?q=are+guns+registered+when+you+buy+them&rlz=1CDGOYI_enUS929US929&oq=are+guns+registered&aqs=chrome.1.69i57j0l4.4668j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 2/23/2021 8:14:09 PM(UTC-5) | |
| 21 | Are guns registered when purchased? - Quora | https://www.quora.com/Are-guns-registered-when-purchased | 2/23/2021 8:14:20 PM(UTC-5) | |
| 22 | a patriot is | https://www.google.com/search?q=a+patri | 2/23/2021 | |

12

| 62 | https://www.google.com/amp/s/www.news4jax.com/news/local/2021/03/15/orange-park-man-accused-of-selling-machine-gun-conversion-devices/%3FoutputType%3Damp | https://www.google.com/amp/s/www.news4jax.com/news/local/2021/03/15/orange-park-man-accused-of-selling-machine-gun-conversion-devices/%3FoutputType%3Damp | 3/17/2021 1:38:44 PM(UTC-4) | |
| 63 | Orange Park Man Charged After Mailing Multiple Ma… | https://www.justice.gov/usao-mdfl/pr/orange-park-man-charged-after-mailing-multiple-machinegun-conversion-devices | 3/17/2021 1:40:01 PM(UTC-4) | |

| 66 | orange park atf buildinh - Google Search | https://www.google.com/search?rlz=1CDG OYI_enUS929US929&hl=en-US&sxsrf=ALeKk00nBpBeRcjlG0HhcJITH 8RVTyOIqQ%3A1616002807881&ei=9z5S YPX9NNWq5NoP1pSJiAc&q=orange+park +atf+buildinh&oq=orange+park+atf+buildin h&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZX JwEAMyBwghEAoQoAE6BAgAEEc6BQgh EKsCOgUIIRCgAVDb3gJYqPUCYJz2Amg BcAF4AIABrQGIAa4KkgEDMC45mAEAoA EByAEIwAEB&sclient=mobile-gws-wiz-serp | 3/17/2021 1:40:56 PM(UTC-4) | |
| 67 | Tampa Field Division \| Bureau of Alcohol, Tobacco… | https://www.atf.gov/tampa-field-division | 3/17/2021 1:41:00 PM(UTC-4) | |

| | building | | | |
|---|---|---|---|---|
| 69 | tampa atf - Google Search | https://www.google.com/search?rlz=1CDGOYI_enUS929US929&hl=en-US&sxsrf=ALeKk02pC5lfBp2HmLbxurlIZc-wu3eH4g%3A1616002856706&ei=KD9SYM-9Kvqq5NoPkYGvkA4&q=tampa+atf&oq=tampa+atf&gs_lcp=ChNtb2JpbGGUtZ3dzLXdpei1zZXJwEAMyCAgAELEDEIMBMg0ILhCHAhDHARCvARAUMgIIADIHCAAQhwIQFDICCAAyAggAMgIIADIICC4QxwEQrwE6BAgAEEc6BAgjECc6BwghEAoQoAE6BwgjEOoCECc6BQgAEJECOgsILhDHARCvARCRAjoLCC4QsQMQxwEQowI6BAgAEEM6BAguEEM6CAguELEDEJECOgoILhDHARCvARBDOgUILhCxAzoKCC4QsQMQgwEQQzoLCC4QsQMQkQIQkwI6CAguELEDEIMBOgUIABCxAzoOCC4QxwEQrwEQkQIQkwIQkwIlQkwI6DgguELEDEIMBEMcBEK8BUNsRWK8uYJgvaAFwAXgCgAHGAYgB0R6SAQQwLjI4mAEAoAEBsAEPyAEIwAEB&sclient=mobile-gws-wiz-serp | 3/17/2021 1:41:08 PM(UTC-4) | |
| 70 | how much is a flight to australia from usa - Goog... | https://www.google.com/search?q=how+much+is+a+flight+to+australia+from+usa&rlz=1CDGOYI_enUS929US929&oq=how+much+is+a+flight+to+australia+from+us&aqs=chrome.0.0j69i57j0l4.6728j0j4&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 | 4/27/2021 2:56:09 PM(UTC-4) | |

Victoria A. Sheets
Assistant United States Attorney
601 D Street NW
Washington, DC  20530
202-809-2050