FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry: 04/20/2021

(U//FOUO) On 4/16/2021, Writer (SA Jamshid Ochilov) received the enclosed information and related media from SSA John Delegan, United States Capitol Police (USCP).

(U//FOUO) On 3/17/2021, USCP became aware of a voicemail received by the office of an identified member of US Congress. A caller identified himself as "Levi Plumley" and stated the following [transcribed by USCP]:

"*Hi, this is Levi Plumley. I'm a concerned citizen. I saw your speech a few days ago concerning the recent shooting that happened...you got all teary and sad about we need gun control now...you people are fucking pathetic. You are a waste of taxpayer money trying to infringe on my rights and nobody's buying your bullshit, nobody and the people who are don't give a shit enough to let you know that they do they don't care. You think these BLM rioters and shit that burn down our city for nine months straight while you call them peaceful protesters. Yeah, you think they give a shit about gun control know. They don't give a shit about you. Okay you know who does give a shit? We do, the armed America, we believe in our second amendment rights, the rights granted to us by God, not by you filthy disgusting politician. Our rights come from a power, which you cannot even comprehend, and we will defend those rights politically, emotionally, and the very last resort, physically. So please, go ahead and try to take our guns from us, but you will be getting them from our cold dead hands. It's not like you're gonna go door to door are you? You're too much of a fucking coward to do that, you're gonna send some fucking court police officer to my house to take my guns from me. You people are pathetic, absolutely worthless piece of shit. Absolutely disgusting. I can't stand you. I can't stand anything about you. You are better off not part of this country. You are better off in China for all I give a shit. Move to China, your communist utopia, while you democrats are going batshit fucking crazy. I can't stand any of you, absolutely just*

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 04/16/2021 | at | Manassas, Virginia, United States (Email) |
| File # | 176-WF-3366759-PLUMLEY | Date drafted | 04/19/2021 |
| by | OCHILOV JAMSHID K | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

176-WF-3366759-PLUMLEY

Continuation of FD-302 of (U//FOUO) United States Capitol Police Information on PLUMLEY , On 04/16/2021 , Page 2 of 2

*unbelievable. And I hope I hope your staff member gets this and I hope you know they take the time to show you.*"

(U//FOUO) Associated email exchanges and Plumley's voicemail are attached in electronic 1A herein.

UNCLASSIFIED//FOUO